No. 40. CHRYSLER CORPORATION ET AL. *v.* UNITED STATES; and

No. 41. COMMERCIAL CREDIT CO. ET AL. *v.* UNITED STATES. Argued October 24, 1941. Decided December 8, 1941. *Per Curiam:* The Court orders that the appeals in these cases be dismissed for want of a quorum of Justices qualified to sit in them. The CHIEF JUSTICE, MR. JUSTICE ROBERTS, MR. JUSTICE MURPHY, and MR. JUSTICE JACKSON are unable to take part in the consideration or decision of these cases on the merits. *Mr. Nicholas Kelley,* with whom *Messrs. William Stanley, Carl McFarland,* and *S. J. Crumpacker* were on the brief, for appellants in No. 40; and *Messrs. Duane R. Dills* and *W. Russell Mules* submitted for appellants in No. 41. *Assistant Attorney General Arnold,* with whom *Assistant Solicitor General Fahy* and *Mr. Charles H. Weston* were on the brief, for the United States.